IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-065 |
| | ) | |
| TYRONE DION LYONS, SR. | ) | |

_____

**O R D E R**

_____

On January 6, 2023, the Court ordered a mental examination of Defendant pursuant to 18 U.S.C. § 4247, as authorized by 18 U.S.C. §§ 4241 and 4242.  (Doc. no. 26.)  Pursuant to the Court's January 6th Order, Michael J. Vitacco, Ph.D., performed a mental examination of Defendant, and, on March 7, 2023, the Court received Dr. Vitacco's report.  (Doc. no. 36.) The parties agreed and stipulated to the conclusion of the report that Defendant is competent to stand trial because he is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, as set forth in 18 U.S.C. § 4241(d).  (Doc. no. 37.)  Upon the Court's review of the report and the stipulation by the parties, the Court **FINDS** Defendant is competent to stand trial.

SO ORDERED this 22nd day of March, 2023, at Augusta, Georgia.

_____

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA